IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**CONTINENTAL PROPERTIES and**
**RAINTREE-RAF, LLC d/b/a**
**BILOXI SHORES**                                                         **PLAINTIFFS**

**VS.**                                   **CIVIL ACTION NO. 1:14-cv-00401-HSO-JCG**

**LEXINGTON INSURANCE COMPANY**                              **DEFENDANT**

**AGREED FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE**

**THIS MATTER** is before the Court on the joint *ore tenus* motion of Plaintiffs Continental Properties and Raintree-RAF, LLC d/b/a Biloxi Shores and Defendant Lexington Insurance Company for the entry of an agreed final judgment of dismissal with prejudice as to all claims asserted by Plaintiffs in this matter. The Court, being advised that the parties have entered into a settlement agreement as to all claims presented in this matter and being otherwise advised in the premises, finds that said joint motion is well-taken and should be granted.

**IT IS, THEREFORE, ORDERED** that all claims asserted by Plaintiffs Continental Properties and Raintree-RAF, LLC d/b/a Biloxi Shores against Lexington Insurance Company in this matter are hereby dismissed with full prejudice, with each party to bear its respective costs and attorney's fees.

**SO ORDERED**, this the 21st day of April, 2016.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE

1

**AGREED AS TO FORM AND SUBSTANCE:**

*s/ Clifton M. Decker*
Myles A. Parker (MB #8746)
R. Douglas Morgan (MB #100025)
Clifton M. Decker (MB #102740)
CARROLL WARREN & PARKER PLLC
188 E. Capitol Street, Suite 1200
Post Office Box 1005
Jackson, MS 39215-1005
Tel:	601.592.1010
Fax:	601.592.6060
mparker@cwplaw.com
dmorgan@cwplaw.com
cdecker@cwplaw.com

**ATTORNEYS FOR LEXINGTON INSURANCE COMPANY**


*s/ William C. Harris*
William F. Merlin, Jr., Esq.
William C. Harris, Esq.
Merlin Law Group, P.A.
777 S. Harbour Island Blvd.
Suite 950
Tampa, FL 33602
charris@merlinlawgroup.com
wmerlin@merlinlawgroup.com

**ATTORNEYS FOR CONTINENTAL PROPERTIES AND RAINTREE-RAF, LLC d/b/a BILOXI SHORES**